PEOPLE v. MAYS.

CRIMINAL LAW—EVIDENCE—LARCENY FROM THE PERSON.

Testimony by complaining witness that he was sure that a man he pointed out to a police officer had taken his wallet from his pocket, coupled with the testimony of the arresting officer that the defendant was the one pointed out by complainant, *held*, sufficient to support a finding of guilt beyond a reasonable doubt, even though the complaining witness at the trial for larceny from the person could not identify the defendant as the man he had pointed out to the arresting policeman (CL 1948, § 750.357).

REFERENCES FOR POINTS IN HEADNOTE

29 Am Jur 2d, Evidence §§ 367, 371–373; 32 Am Jur, Larceny § 135 *et seq.*

Appeal from Recorder's Court of Detroit, Leonard (Donald S.), J. Submitted Division 1 May 16, 1968, at Detroit. (Docket No. 4,489.) Decided June 3, 1968.

John Mays was convicted of larceny from the person. Defendant appeals. Affirmed.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Samuel J. Torina,* Chief Appellate Lawyer, and *Thomas P. Smith,* Assistant Prosecuting Attorney, for the people.

*John R. Jones,* for defendant.

PER CURIAM. Defendant was convicted in a nonjury trial of larceny from the person* and sentenced to a term of 4 to 10 years. He has appealed.

The issue on appeal is whether there was produced at trial evidence sufficient to convince beyond a reasonable doubt of defendant's guilt.

The complainant testified that he felt his wallet being removed from his pocket and at that time he was sure that the man he then pointed out to the police was the man who had removed it. Although at the trial the complainant could not be sure the defendant was the man he had pointed out, the arresting officer testified that the defendant was the man pointed out.

Thus we find that the record discloses evidence sufficient, if believed by the trier of fact, to support the finding of guilty beyond a reasonable doubt.

Affirmed.

T. G. KAVANAGH, P. J., and HOLBROOK and BEER, JJ., concurred.

---

* CL 1948, § 750.357 (Stat Ann 1954 Rev § 28.589).